GEORGE H. KERN, PLAINTIFF-RESPONDENT, v. GENE-
VIEVE GUENTHER, *ET ALS.*, DEFENDANTS-PETITION-
ERS.

On petition for certification to Appellate Division, Superior
Court.

*Messrs. Darling & Jobes,* for the petitioners.

*Messrs. Lum, Biunno & Tompkins* and *Mr. Harold G.
Wachenfeld,* for the respondent.

May 31, 1966. Denied.

B. W. KING, INC., *ET ALS.*, PLAINTIFFS-RESPONDENTS, v.
TOWN OF WEST NEW YORK, DEFENDANT-PETITION-
ER.

On petition for certification to Appellate Division, Superior
Court.

*Mr. Robert H. Wall* and *Mr. Samuel L. Hirschberg,* for
the petitioner.

*Messrs. Yanch & Fagan, Messrs. Harth & Enright;* and
*Messrs. Krowen, D'Amico & Chernin,* for the respondents.

May 31, 1966. Granted.

TOWNSHIP OF CEDAR GROVE, PETITIONER-PETITIONER,
v. ESSEX COUNTY BOARD OF TAXATION, RESPON-
DENT-RESPONDENT.

On petition for certification to Appellate Division, Superior
Court.

*Mr. Clive S. Cummis* and *Mr. Michael B. Tischman,* for
the petitioner.

*Mr. Arthur J. Sills* and *Mr. Joseph A. Hoffman,* for the
respondent.

May 31, 1966. Denied.